1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7   SHAWNCEY BLAKE,                        Case No. 14-cv-03727-HSG (PR)

            Plaintiff,
8                                          **ORDER DENYING PLAINTIFF'S**
                                           **MOTIONS TO COMPEL**
9        v.
                                           Re: Dkt. Nos. 62, 66
10  GILLOTE, et al.,

            Defendants.
11

12

13          On July 13, 2015, plaintiff filed a motion for discovery of peace officers' personnel

14  records, seeking records of disciplinary actions, complaints, and investigations concerning

15  defendants.  Dkt. No. 62.  On July 30, 2015, plaintiff filed a second motion seeking discovery of

16  the same documents and asking that defense counsel meet and confer with him.  Dkt. No. 66.

17          The record shows that plaintiff did not serve his discovery requests until August 6, 2015

18  and defense counsel did not receive them until August 12, 2015.  *See* Dkt. No. 68.  Accordingly,

19  plaintiff's motions to compel are DENIED as premature.  The denial is without prejudice to

20  plaintiff filing a motion to compel at some later date, but only after he has received defendants'

21  responses to his discovery request and has attempted to resolve any disagreements with opposing

22  counsel before filing such a motion.

23          This order terminates Docket Nos. 62 and 66.

24          **IT IS SO ORDERED.**

25  Dated:  September 21, 2015

26                                         *Haywood S. Gill Jr.*

27                                         HAYWOOD S. GILLIAM, JR.
                                           United States District Judge
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWNCEY BLAKE,

                    Plaintiff,

        v.

GILLOTE, et al.,

                  Defendants.

Case No.  14-cv-03727-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shawncey  Blake ID: 14019586/DUJ722
Santa Clara County Department of Corrections
Main Jail Complex
150 West Hedding Street
San Jose, CA 95110-1718

Dated: September 21, 2015

                                  Susan Y. Soong
                                  Clerk, United States District Court

                                  By:_____
                                  Nikki D. Riley, Deputy Clerk to the
                                  Honorable HAYWOOD S. GILLIAM, JR.

United States District Court
Northern District of California